**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

| | | |
|---|---|---|
| JUANITA SAUCEDO, INDIVIDUALLY and A/N/F OF J.C. and E.C., Minors<br>*Plaintiffs,*<br><br>*Vs.*<br><br>MALKHAZ SADGOBELASHVILI<br>*Defendant.* | § § § § § § § § § | Civil Action NO. 4:26-cv-550 |

**PLAINTIFFS INITIAL DISCLOSURE**

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Juanita Saucedo Individually and a/n/f of J.C. and E.C., Minors files this her Initial Disclosure as follows:

A.     **Individuals with Discoverable Information**

The name, and if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information:

1.     Juanita Saucedo
Individually and A/N/ F of M.W.W.
c/o Jesus G. Davila Jr.
Attorney-In-Charge
Christopher J. Davila
Jesus G. Davila
**THE DAVILA LAW FIRM**
6611 North Main Street
Houston, Texas 77009
Telephone: (713) 868-8044
Facsimile: (713) 868-9122
Email: jgdavila@thedavilalawfirm.com
Email: jdavila@thedavilalawfirm.com
Email: cdavila@thedavilalawfirm.com

Plaintiff in the above-entitled cause of action

2.     Malkhaz Sadgobelashvili
c/o
Mark R. Lapidus
Megan L. Knudsen

Lapidus Knudsen PC
5906 Dolores St., Suite 200
Houston, Texas 77057
Telephone: (713) 400-6000
Facsimile: (713) 622-8054
Email: mlapidus@lk-lawfirm.com
Email: syoesel@lk-lawfirm.com
E-service: e-service@tlk-lawfirm.com

Defendant in the above-entitled cause of action

<u>Juanita Saucedo treating doctors:</u>

3.    Custodian of Records
      SwiftCare Centers LLC/Davenport Chiropractic
      5510 Atascocita Rd. #260
      Humble, TX 77346
      Tel: (281) 852-2424
      Michael Davenport, D.C.

      Medical treatment for Plaintiff's injuries

4.    Custodian of Records
      Origin MRI and Diagnostics
      PO Box 722093
      Houston, Texas 77272
      Tel: (832) 982-0845
      Matthew Dang, M.D

      Medical treatment for Plaintiff's injuries

5.    Custodian of Records
      Minivasive Pain & Orthopedics
      3301 Spring Stuebner Rd., Suite 110
      Spring, Texas 77389-5195
      Tel: (346) 800-6001
      Victoria Vanis, APRN

      Medical treatment for Plaintiff's injuries

6.    Custodian of Records
      Townsen Memorial Hospital
      1475 FM 1960 Bypass Rd E
      Humble, Texas 77338-3909
      Tel: (281) 369-9001
      Kevin Tavangarian M.D

Medical treatment for Plaintiff's injuries

J.C.-Minor treating doctors:

7.  Custodian of Records
    SwiftCare Centers LLC/Davenport Chiropractic
    5510 Atascocita Rd. #260
    Humble, TX 77346
    Tel: (281) 852-2424
    Michael Davenport, D.C.

    Medical treatment for Plaintiff's injuries

8.  Custodian of Records
    Minivasive Pain & Orthopedics
    3301 Spring Stuebner Rd., Suite 110
    Spring, Texas 77389-5195
    Tel: (346) 800-6001
    Victoria Vanis, APRN

    Medical treatment for Plaintiff's injuries

E.C.-Minor treating doctors:

9.  Custodian of Records
    SwiftCare Centers LLC/Davenport Chiropractic
    5510 Atascocita Rd. #260
    Humble, TX 77346
    Tel: (281) 852-2424
    Michael Davenport, D.C.

    Medical treatment for Plaintiff's injuries

10. Custodian of Records
    Minivasive Pain & Orthopedics
    3301 Spring Stuebner Rd., Suite 110
    Spring, Texas 77389-5195
    Tel: (346) 800-6001
    Victoria Vanis, APRN

    Medical treatment for Plaintiff's injuries

**B.      Relevant Documents & Tangible Things**

Non-privileged documents that may be utilized by Plaintiff to support her claim or

will be attached and supplemented accordingly.

C.    **Information Related to Calculation of Damages**

A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 of the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature of any injury suffered:

**Plaintiff: Juanita Saucedo**

| Medical Provider | Amount Actually Paid | Amount Remaining Due | Total |
|---|---|---|---|
| SwiftCare Centers LLC/Davenport Chiropractic | $0 | $3,000.00 | $3,000.00 |
| Origin MRI and Diagnostics | $0 | $3,400.00 | $3,400.00 |
| Minivasive Pain and Orthopedics | $0 | $4,721.50 | $4,721.50 |
| Townsen Memorial Hospital | $0 | $14,372.12 | $14,372.12 |

**Plaintiff: J.C.-Minor**

| Medical Provider | Amount Actually Paid | Amount Remaining Due | Total |
|---|---|---|---|
| SwiftCare Centers LLC/Davenport Chiropractic | $0 | $282.00 | $282.00 |
| Minivasive Pain and Orthopedics | $0 | $1,698.70 | $1,698.70 |

**Plaintiff: E.C.-Minor**

| Medical Provider | Amount Actually Paid | Amount Remaining Due | Total |
|---|---|---|---|
| SwiftCare Centers LLC/Davenport Chiropractic | $0 | $360.00 | $360.00 |
| Minivasive Pain and Orthopedics | $0 | $1,698.70 | $1,698.70 |

D.    **Insurance**

For inspection and copying as under Rule 34 Federal Rules of Civil Procedures, any insurance agreement under which any person carrying on as an insurance business may be liable to satisfy part or all of a judgment, which may be entered in the action or to

indemnify or reimburse for payments made to satisfy a judgment.

Plaintiffs reserve the right to supplement their initial disclosures as additional information becomes available during throughout the course of discovery.

Respectfully submitted,

By: */s/ Jesus G. Davila Jr.*

_____

JESUS G. DAVILA JR.
State Bar No. 24142825
Federal ID No. 3906286
Email: jgdavila@thedavilalawfirm.com
Jesus G. Davila
State Bar No. 05455270
Federal ID No. 204163
Email: jdavila@thedavilalawfirm.com
Christopher J. Davila
State Bar No. 24095459
Federal ID No. 3708518
Email: cdavila@thedavilalawfirm.com

**THE DAVILA LAW FIRM**
6611 North Main
Houston, Texas 77009
(713) 868-8044
(713) 868-9122 Fax
**ATTORNEYS FOR PLAINTIFFS**


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic system, electronic mail, and/or facsimile transmission has been served on the below counsel of record via Notice of Electronic Filing on March 27, 2026.

*/s/ Jesus G. Davila Jr.*

_____

Jesus G. Davila Jr.